UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OU YANG ZHONG,

               Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER, et al.,

               Respondents.

No. 1:26-cv-00114-DJC-DMC

ORDER

Petitioner Ou Yan Zhong appeared pro and filed a Petition for Writ of Habeas Corpus requesting his release from immigration detention. (ECF No. 1.) The petition argued that he should be released as while he was subject to a final order of removal, the Government had previously been unable to remove him to his home country of China. Based on Petitioner's requested relief, the Court construed Petitioner's filing as a joint petition and Motion for Temporary Restraining Order and issued an order directing the Respondents to show cause whether there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future and why the Court should not grant Petitioners Motion. (*See* ECF No. 3.)

Respondents initially failed to respond to that order, (*see* ECF No. 5), but later filed a Response in which they assert that there is now a significant likelihood that

1

Petitioner will be removed in the foreseeable future.  Respondents argue, with the support of a declaration from DHS Deportation Officer Samuel Medina, that they had been successful in obtaining travel documents from the Chinese government in recent months.  (ECF No. 8 at 2-3; *see* ECF No. 8-1 ¶ 12.)  Respondents further represented that Petitioner had already submitted Petitioner's travel document request to the China Consulate and expected a response in the next three months.  (ECF No. 8 at 2-3; ECF No. 8-1 ¶¶ 8, 11.)

Based on these representations, the Court finds Petitioner has not established a likelihood of success on the merits at this time.  Respondents have made clear representations that show a likelihood Petitioner will be removed in the foreseeable future.  *See* 8 C.F.R. § 241.3(i)(3).  The information presented by Petitioner does not overcome this showing.  Thus, Petitioner's re-detention appears permitted based on the information presently before the Court and Petitioner does not have a likelihood of success on the merits.

Accordingly, Petitioner's Motion for Temporary Restraining Order (ECF No. 1) is denied.  This matter is referred to the assigned Magistrate Judge for further briefing on the merits of the Petition.

IT IS SO ORDERED.

Dated:  **January 21, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2