UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUYANG ZHONG,<br>A-073-188-093, | No.  1:26-CV-0114-DJC-DMC (HC) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY<br>CORRECTIONAL CENTER, et al., | |
| Respondents. | |

Petitioner, an immigration detainee who is representing pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1

1. The findings and recommendations filed April 8, 2026, ECF No. 20, are adopted in full.

2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3. Petitioner's motion for reply to be deemed timely, ECF No. 18, is DENIED AS MOOT;

4. Respondents are ORDERED to immediately release Petitioner, A-073-188-093, with his belongings, on the same terms as his prior release. Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;

5. Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven (7) day notice and a hearing before a neutral fact-finder where Respondents show: (a) there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk. At any such hearing, Petitioner shall be allowed to have counsel present.

6. Clerk of the Court is directed to serve California City Correctional Center with a copy of this Order;

7. Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2